Anthony Gerard LEWIS,
Plaintiff-Appellant,

v.

M. COLVIN, Senior Librarian; K. J. Allen, Appeals Examiner; S. Miranda, L.T.A., Defendants-Appellees.

No. 17-15501

United States Court of Appeals,
Ninth Circuit.

Submitted December 18, 2017 *

Filed December 22, 2017

Anthony Gerard Lewis, Pro Se

Michael James Quinn, Deputy Attorney General, AGCA—Office of the California

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Attorney General, San Francisco, CA, for Defendants-Appellees

Before: WALLACE, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

Anthony Gerard Lewis, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging defendants denied him access to the courts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Jones v. Union Pac. R.R. Co.*, 968 F.2d 937, 940 (9th Cir. 1992). We affirm.

The district court properly granted summary judgment on Lewis's access-to-courts claim because Lewis failed to raise a genuine dispute of material fact as to whether he suffered any actual injury. *See Lewis v. Casey*, 518 U.S. 343, 348-51, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (setting forth the elements of an access-to-courts claim and the actual injury requirement).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).